Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164
Attorney for Plaintiff: TOULU THAO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOULU THAO,<br><br>  Plaintiff,<br><br> v.<br><br>SHAUN DONOVAN, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; FORMER REGIONAL COUNSEL OF HUD REGION IX FAYE AUSTIN; FORMER FIELD DIRECTOR OF THE FRESNO HUD OFFICE MARIE SUDDUTH; TERESA CARSON, FORMER AGENT OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HUD OFFICE OF INSPECTOR GENERAL; IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES; AND DOES 1-75, INCLUSIVE,<br><br>  Defendants. | CASE NO.:  1:11-CV-00799-AWI-BAM<br><br>STIPULATION TO WITHDRAW DEFENDANTS' MOTION FOR PARTIAL DISMISSAL AND MOTION TO STRIKE AND TO ALLOW PLAINTIFF TO FILE HIS FIRST AMENDED COMPLAINT ON OR BEFORE DECEMBER 12, 2011, WITHOUT PREJUDICE TO THE DEFENDANTS' FILING OF ANY SUBSEQUENT RESPONSES TO THE FIRST AMENDED COMPLAINT AND **ORDER**, AND **ORDER** ON DEFENDANTS' MOTION TO DISMISS<br><br>Date:    December 12, 2011<br>Time:    1:30 p.m.<br>Ctrm:    2<br><br>Hon. Anthony W. Ishii<br><br><br>(Doc. No. 15) |

IT IS STIPULATED by and between the parties hereto, by and through their respective counsel, that the defendants withdraw its motion for partial dismissal and motion to strike and to allow plaintiff to file his first amended complaint on or before December 12, 2011, without prejudice to the defendants' filing of any subsequent responses to the first amended complaint.

IT IS FURTHER STIPULATED that the defendants shall have thirty (30) days after the filing of plaintiff's First Amended Complaint to file a responsive pleading.

-1-
Stipulation to Withdraw Defendants Motion for Partial Dismissal and Motion to Strike – 11-2-11

Dated:  November 3, 2011        /S/ JACOB M. WEISBERG
                                Jacob M. Weisberg, Attorney for Plaintiff,
                                TOULU THAO

Dated:  November 3, 2011        BENJAMIN B. WAGNER
                                United States Attorney


                                By  /S/ BENJAMIN E. HALL
                                BENJAMIN E. HALL
                                Assistant U.S. Attorney
                                Attorneys for Defendants


**ORDER**

Good cause, appearing, IT IS HEREBY ORDERED that:

1. The above stipulation shall be given full effect;
2. The December 12, 2011, hearing on Defendants' motion to dismiss is VACATED;
3. Defendants' motion to dismiss (Document 15) is DENIED as moot in light of the above stipulation;
4. Plaintiff shall file an amended complaint no later than December 12, 2011; and
5. Defendants shall have thirty (30) days from the filing of the amended complaint to file an responsive motion or a responsive pleading.

IT IS SO ORDERED.

Dated:   November 10, 2011                       _____
                                                 CHIEF UNITED STATES DISTRICT JUDGE