1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL (SBN 219924)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOULU THAO, | Case No. 1:11-cv-00799-AWI-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| SHAUN DONOVAN, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; FORMER REGIONAL COUNSEL OF HUD REGION IX FAYE AUSTIN; FORMER FIELD DIRECTOR OF THE FRESNO HUD OFFICE MARIE SUDDUTH; TERESA CARSON, FORMER AGENT OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HUD OFFICE OF INSPECTOR GENERAL; IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES; AND DOES 1-75, INCLUSIVE, | |
| Defendants. | |

The parties to this action, through their attorneys of record, hereby stipulate and request that the Court continue the scheduling conference in this matter from November 29, 2011, to February 6, 2012, at 9:30 a.m. in Courtroom 8, in light of the Court's Order dated November 10, 2011 (Doc. 17), which provides

that Plaintiff shall file an amended complaint no later than December 12, 2011, and Defendants shall have thirty (30) days from the filing of the amended complaint to file a responsive motion or pleading.

                                        Respectfully submitted,

Dated: November 21, 2011.        BENJAMIN B. WAGNER
                                    United States Attorney

                              By:  /s/ Benjamin E. Hall
                                    BENJAMIN E. HALL
                                    Assistant U.S. Attorney
                                    Attorneys for Defendants

                                    [Authorized 11/21/11]

Dated: November 21, 2011.        /s/ Jacob M. Weisberg
                                    JACOB M. WEISBERG
                                    Attorney for Plaintiff

IT IS SO ORDERED.


Dated:  November 22, 2011        /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE