BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOULU THAO, | Case No. 1:11-cv-00799-AWI-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| SHAUN DONOVAN, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; FORMER REGIONAL COUNSEL OF HUD REGION IX FAYE AUSTIN; FORMER FIELD DIRECTOR OF THE FRESNO HUD OFFICE MARIE SUDDUTH; TERESA CARSON, FORMER AGENT OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,HUD OFFICE OF INSPECTOR GENERAL; IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES; AND DOES 1-75, INCLUSIVE, | |
| Defendants. | |

The parties to this action, through their attorneys of record, hereby stipulate and request that the Court continue the scheduling conference in this matter from November 29, 2011, to February 6, 2012, at 9:30 a.m. in Courtroom 8, in light of the Court's Order dated November 10, 2011 (Doc. 17), which provides

1  that Plaintiff shall file an amended complaint no later than
2  December 12, 2011, and Defendants shall have thirty (30) days
3  from the filing of the amended complaint to file a responsive
4  motion or pleading.

Respectfully submitted,

Dated: November 21, 2011.      BENJAMIN B. WAGNER
                               United States Attorney

                          By:  /s/ Benjamin E. Hall
                               BENJAMIN E. HALL
                               Assistant U.S. Attorney
                               Attorneys for Defendants

                               [Authorized 11/21/11]

Dated: November 21, 2011.      /s/ Jacob M. Weisberg
                               JACOB M. WEISBERG
                               Attorney for Plaintiff

IT IS SO ORDERED.


Dated:   November 22, 2011        /s/ Barbara A. McAuliffe
                               UNITED STATES MAGISTRATE JUDGE