```
BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
```

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOULU THAO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SHAUN DONOVAN, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; FORMER REGIONAL COUNSEL OF HUD REGION IX FAYE AUSTIN; FORMER FIELD DIRECTOR OF THE FRESNO HUD OFFICE MARIE SUDDUTH; TERESA CARSON, FORMER AGENT OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HUD OFFICE OF INSPECTOR GENERAL; IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES; AND DOES 1-75, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 1:11-cv-00799-AWI-BAM<br><br>**STIPULATION AND ORDER REGARDING FIRST AMENDED COMPLAINT AND SCHEDULING CONFERENCE** |

　　　The parties to this action, by their attorneys of record, hereby stipulate and request that the Court enter an order modifying certain deadlines in the case for the reasons set forth below.

///

1

## BACKGROUND

On October 27, 2011, defendants Shaun Donovan, Faye Austin, Marie Sudduth and Teresa Carson filed a Motion for Partial Dismissal and Motion to Strike (Doc. 15) with respect to Plaintiff's Complaint (Doc. 2).  On November 10, 2011, the Court entered its Order (Doc. 17) upon the stipulation of the parties, (1) vacating the hearing date on the then-pending motion to dismiss, (2) denying the motion to dismiss as moot, (3) directing Plaintiff to file an amended complaint no later than December 12, 2011, and (4) allowing defendants thirty (30) days from the date of filing of the amended complaint to file a responsive motion or a responsive pleading.  On November 22, 2011, the Court entered an Order (Doc. 19) continuing the scheduling conference to February 6, 2012, in light of the prior Order.

On December 12, 2011, Plaintiff filed his First Amended Complaint (Doc. 20).  The First Amended Complaint modified Plaintiff's claims against the original defendants but also added a new claim against the United States of America.  The Court issued a sixty-day summons for service upon the United States of America.

For medical reasons, Plaintiff's counsel will be unavailable for a period of approximately five weeks beginning in mid-January 2012.

## STIPULATION

In light of the foregoing facts, the parties have agreed, and request that the Court order, as follows:

1.   That Plaintiff shall serve the Summons and First Amended Complaint upon the United States of America by January 12, 2012.

2.   That the responses of defendants Shaun Donovan, Faye Austin, Marie Sudduth and Teresa Carson to the First Amended Complaint shall be due contemporaneously with the response of defendant United States of America.

3.   That the scheduling conference be continued to March 19, 2012, or a later date at the Court's convenience.

Respectfully submitted,

Dated: January 5, 2012.        BENJAMIN B. WAGNER
                               United States Attorney


                          By:  /s/ Benjamin E. Hall
                               BENJAMIN E. HALL
                               Assistant U.S. Attorney
                               Attorneys for Defendants


                               [Authorized 1/5/12]

Dated: January 5, 2012.        /s/ Jacob M. Weisberg
                               JACOB M. WEISBERG
                               Attorney for Plaintiff


**ORDER**

Good cause appearing, IT IS HEREBY ORDERED that:

1.   The above stipulation be given full effect;

2.   Plaintiff shall serve the United States of America by January 12, 2012;

3.   The responses of defendants Shaun Donovan, Faye Austin, Marie Sudduth and Teresa Carson to the First Amended Complaint shall be due contemporaneously with the response of defendant United States of America;

3

4.    The scheduling conference set for February 6, 2012, is continued to April 10, 2012, at 8:30 a.m. in Courtroom 8 before Judge McAuliffe.  A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference, one (1) full week prior to the Scheduling Conference, and a copy shall be e-mailed, in WordPerfect or Word format, to bamorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:   January 6, 2012              /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE