1  Jacob M. Weisberg, SBN 049065
   THE LAW OFFICE OF JACOB M. WEISBERG
2  844 N. Van Ness Avenue
   Fresno, CA  93728
3  Telephone: (559) 441-0201
   Facsimile: (559) 442-3164
4
   Attorney for Plaintiff: TOULU THAO
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  TOULU THAO,                              | CASE NO.:  1:11-CV-00799-AWI-BAM

12              Plaintiff,                    | STIPULATION TO EXTEND TIME FOR
                                             | FILING OF RESPONSE TO DEFENDANTS'
13     v.                                     | 12(b)(6) MOTION TO DISMISS

14  SHAUN DONOVAN, SECRETARY OF THE          | Date:   April 23, 2012
    DEPARTMENT OF HOUSING AND URBAN          | Time:   1:30 p.m.
15  DEVELOPMENT; FORMER REGIONAL             | Ctrm:   2
    COUNSEL OF HUD REGION IX FAYE
16  AUSTIN; FORMER FIELD DIRECTOR OF THE
    FRESNO HUD OFFICE MARIE SUDDUTH;
17  TERESA CARSON, FORMER AGENT OF THE       | Hon. Anthony W. Ishii
    U.S. DEPARTMENT OF HOUSING AND
18  URBAN DEVELOPMENT, HUD OFFICE OF
    INSPECTOR GENERAL; IN THEIR
19  INDIVIDUAL AND OFFICIAL CAPACITIES;
    AND DOES 1-75, INCLUSIVE,
20
                Defendants.
21

22

23

24         The Defendants filed a 12(b)(6) Motion to Dismiss on March 9, 2012, to be heard on April 23,

25  2012, at 1:30 p.m., in Courtroom 2.  The parties to this action by and through their attorneys of record

26  hereby stipulate and request that the Court enter an Order to continue the hearing date from April 23,

27  2012 to June 11, 2012, at 1:30 p.m., in Courtroom 2.

28
                                          -1-
       Stipulation to Extend Time for Filing Response to Defendants' 12(b)(6) Motion – 3-14-12

Respectfully submitted,

Dated:  March 14, 2012           /S/ JACOB M. WEISBERG_____
                                 Jacob M. Weisberg, Attorney for Plaintiff,
                                 TOULU THAO

Dated:  March 14, 2012           BENJAMIN B. WAGNER
                                 United States Attorney


                                 By_/S/ BENJAMIN E. HALL_____
                                    BENJAMIN E. HALL
                                    Assistant U.S. Attorney
                                    Attorneys for Defendants


## ORDER

Good cause, appearing, the court will grant the parties' request.


IT IS SO ORDERED.

Dated:   March 19, 2012        _____
                               CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Extend Time for Filing Response to Defendants' 12(b)(6) Motion – 3-14-12