1  Jacob M. Weisberg, SBN 049065
   THE LAW OFFICE OF JACOB M. WEISBERG
2  844 N. Van Ness Avenue
   Fresno, CA  93728
3  Telephone: (559) 441-0201
   Facsimile: (559) 442-3164
4
   Attorney for Plaintiff: TOULU THAO
5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11 | TOULU THAO,                                    | CASE NO.:  1:11-CV-00799-AWI-BAM
   |                                                |
12 |                    Plaintiff,                  | STIPULATION TO EXTEND TIME FOR
   |                                                | FILING OF RESPONSE TO DEFENDANTS'
13 |    v.                                          | 12(b)(6) MOTION TO DISMISS
   |                                                |
14 | SHAUN DONOVAN, SECRETARY OF THE                |  Date:    April 23, 2012
   | DEPARTMENT OF HOUSING AND URBAN                |  Time:    1:30 p.m.
15 | DEVELOPMENT; FORMER REGIONAL                   |  Ctrm:    2
   | COUNSEL OF HUD REGION IX FAYE                  |
16 | AUSTIN; FORMER FIELD DIRECTOR OF THE           |
17 | FRESNO HUD OFFICE MARIE SUDDUTH;               | Hon. Anthony W. Ishii
   | TERESA CARSON, FORMER AGENT OF THE             |
18 | U.S. DEPARTMENT OF HOUSING AND                 |
   | URBAN DEVELOPMENT, HUD OFFICE OF               |
19 | INSPECTOR GENERAL; IN THEIR                    |
   | INDIVIDUAL AND OFFICIAL CAPACITIES;            |
20 | AND DOES 1-75, INCLUSIVE,                      |
21 |                    Defendants.                 |
22

23
        The Defendants filed a 12(b)(6) Motion to Dismiss on March 9, 2012, to be heard on April 23,
24
   2012, at 1:30 p.m., in Courtroom 2.  The parties to this action by and through their attorneys of record
25
   hereby stipulate and request that the Court enter an Order to continue the hearing date from April 23,
26
   2012 to June 11, 2012, at 1:30 p.m., in Courtroom 2.
27

28
                                                  -1-
     Stipulation to Extend Time for Filing Response to Defendants' 12(b)(6) Motion – 3-14-12

Respectfully submitted,

Dated: March 14, 2012        /S/ JACOB M. WEISBERG
                             Jacob M. Weisberg, Attorney for Plaintiff,
                             TOULU THAO

Dated: March 14, 2012        BENJAMIN B. WAGNER
                             United States Attorney


                             By /S/ BENJAMIN E. HALL
                                BENJAMIN E. HALL
                                Assistant U.S. Attorney
                                Attorneys for Defendants


## **ORDER**

Good cause, appearing, the court will grant the parties' request.

IT IS SO ORDERED.

Dated:  March 19, 2012        _____
                              CHIEF UNITED STATES DISTRICT JUDGE