Jacob M. Weisberg, SBN 049065
THE LAW OFFICE OF JACOB M. WEISBERG
844 N. Van Ness Avenue
Fresno, CA  93728
Telephone: (559) 441-0201
Facsimile: (559) 442-3164

Attorney for Plaintiff: TOULU THAO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOULU THAO,<br><br>          Plaintiff,<br><br>     v.<br><br>SHAUN DONOVAN, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; FORMER REGIONAL COUNSEL OF HUD REGION IX FAYE AUSTIN; FORMER FIELD DIRECTOR OF THE FRESNO HUD OFFICE MARIE SUDDUTH; TERESA CARSON, FORMER AGENT OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HUD OFFICE OF INSPECTOR GENERAL; IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES; AND DOES 1-75, INCLUSIVE,<br><br>          Defendants. | CASE NO.:  1:11-CV-00799-AWI-BAM<br><br>STIPULATION CONTINUE HEARING DATE OF  DEFENDANTS' 12(b)(6) MOTION TO DISMISS<br><br> Date:    June 11, 2012<br> Time:    1:30 p.m.<br> Ctrm:    2<br>  Hon. Anthony W. Ishii<br><br> Proposed new date:  July 16, 2012 |

The Defendants filed a 12(b) (6) Motion to Dismiss on March 9, 2012, to be heard on April 23, 2012, at 1:30 p.m., in Courtroom 2.  The parties to this action by and through their attorneys of record stipulated that the Court enter an Order to continue the hearing date from April 23, 2012 to June 11, 2012, at 1:30 p.m., in Courtroom 2 which the court did.  Because of the complexity and unusualness

-1-
Stipulation to Extend Time for Filing Response to Defendants' 12(b)(6) Motion – 5-3-12

of the issues raised in the 12b (6) motion, the parties to this action by and through their attorneys of record stipulate and request that the Court enter an Order to continue the hearing date from June 11, 2012, at 1:30 p.m., in Courtroom 2 to July 16, 2012, at 1:30 p.m., in Courtroom 2.

Respectfully submitted,

Dated:  May 3, 2012        /S/ JACOB M. WEISBERG_____
                           Jacob M. Weisberg, Attorney for Plaintiff,
                           TOULU THAO

Dated:  May 3, 2012        BENJAMIN B. WAGNER
                           United States Attorney


                           By  /S/ BENJAMIN E. HALL  _____
                               BENJAMIN E. HALL
                               Assistant U.S. Attorney
                               Attorneys for Defendants


## ORDER

IT IS SO ORDERED.

Dated:   May 7, 2012        _____
                            CHIEF UNITED STATES DISTRICT JUDGE