1  Jacob M. Weisberg, SBN 049065
   THE LAW OFFICE OF JACOB M. WEISBERG
2  844 N. Van Ness Avenue
   Fresno, CA  93728
3  Telephone: (559) 441-0201
   Facsimile: (559) 442-3164
4
5  Attorney for Plaintiff: TOULU THAO
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10

11  TOULU THAO,                          CASE NO.:  1:11-CV-00799-AWI-BAM
12              Plaintiff,               STIPULATION CONTINUE HEARING DATE
                                         OF  DEFENDANTS' 12(b)(6) MOTION TO
13      v.                               DISMISS
14  SHAUN DONOVAN, SECRETARY OF THE      Date:   June 11, 2012
    DEPARTMENT OF HOUSING AND URBAN      Time:   1:30 p.m.
15  DEVELOPMENT; FORMER REGIONAL         Ctrm:   2
    COUNSEL OF HUD REGION IX FAYE         Hon. Anthony W. Ishii
16  AUSTIN; FORMER FIELD DIRECTOR OF THE
    FRESNO HUD OFFICE MARIE SUDDUTH;      Proposed new date:  July 16, 2012
17  TERESA CARSON, FORMER AGENT OF THE
    U.S. DEPARTMENT OF HOUSING AND
18  URBAN DEVELOPMENT, HUD OFFICE OF
    INSPECTOR GENERAL; IN THEIR
19  INDIVIDUAL AND OFFICIAL CAPACITIES;
    AND DOES 1-75, INCLUSIVE,
20
21              Defendants.
22
23
24        The Defendants filed a 12(b) (6) Motion to Dismiss on March 9, 2012, to be heard on April 23,
25  2012, at 1:30 p.m., in Courtroom 2.  The parties to this action by and through their attorneys of record
26  stipulated that the Court enter an Order to continue the hearing date from April 23, 2012 to June 11,
27  2012, at 1:30 p.m., in Courtroom 2 which the court did.  Because of the complexity and unusualness
28

of the issues raised in the 12b (6) motion, the parties to this action by and through their attorneys of record stipulate and request that the Court enter an Order to continue the hearing date from June 11, 2012, at 1:30 p.m., in Courtroom 2 to July 16, 2012, at 1:30 p.m., in Courtroom 2.

                                        Respectfully submitted,


     Dated:  May 3, 2012               /S/ JACOB M. WEISBERG
                                       Jacob M. Weisberg, Attorney for Plaintiff,
                                       TOULU THAO

     Dated:  May 3, 2012               BENJAMIN B. WAGNER
                                       United States Attorney


                                       By  /S/ BENJAMIN E. HALL
                                          BENJAMIN E. HALL
                                          Assistant U.S. Attorney
                                          Attorneys for Defendants




                                      **ORDER**




IT IS SO ORDERED.

Dated:   May 7, 2012                    _____
                                        CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Extend Time for Filing Response to Defendants' 12(b)(6) Motion – 5-3-12