1   BENJAMIN B. WAGNER
    United States Attorney
2   BENJAMIN E. HALL (SBN 219924)
    Assistant United States Attorney
3   United States Courthouse
    2500 Tulare Street, Suite 4401
4   Fresno, California 93721
    Telephone:  (559) 497-4000
5   Facsimile:  (559) 497-4099

6   Attorneys for Defendants

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  TOULU THAO,                      )   Case No. 1:11-cv-00799-AWI-BAM
                                     )
12           Plaintiff,              )   **STIPULATION AND ORDER TO**
                                     )   **CONTINUE HEARING ON DEFENDANTS'**
13      v.                           )   **MOTION FOR PARTIAL DISMISSAL OF**
                                     )   **FIRST AMENDED COMPLAINT AND TO**
14  SHAUN DONOVAN, SECRETARY OF      )   **CONTINUE SCHEDULING CONFERENCE**
    THE DEPARTMENT OF HOUSING AND    )
15  URBAN DEVELOPMENT; FORMER        )   Hon. Anthony W. Ishii
    REGIONAL COUNSEL OF HUD          )
16  REGION IX FAYE AUSTIN; FORMER    )
    FIELD DIRECTOR OF THE FRESNO     )
17  HUD OFFICE MARIE SUDDUTH;        )
    TERESA CARSON, FORMER AGENT      )
18  OF THE U.S. DEPARTMENT OF        )
    HOUSING AND URBAN DEVELOPMENT,   )
19  HUD OFFICE OF INSPECTOR          )
    GENERAL; IN THEIR INDIVIDUAL     )
20  AND/OR OFFICIAL CAPACITIES       )
    AND THE UNITED STATES OF         )
21  AMERICA; AND DOES 1-75,          )
    INCLUSIVE,                       )
22                                   )
             Defendants.             )
23  _____)

24          The parties to this action hereby stipulate and agree, and

25  request that the Court order, that the date for hearing of

26  Defendants' Motion for Partial Dismissal of First Amended

27  Complaint (Doc. 26) be continued from July 16, 2012, to August 6,

28  2012, at 1:30 p.m. in Courtroom 2.  The parties further request

                                     1

that the Scheduling Conference set for July 30, 2012, be

continued to September 10, 2012, at 9 a.m. in Courtroom 8 in

order to allow time for resolution of the pending motion.

                              Respectfully submitted,

Dated: July 5, 2012.         BENJAMIN B. WAGNER
                              United States Attorney


                     By:   /s/ Benjamin E. Hall
                           BENJAMIN E. HALL
                           Assistant U.S. Attorney
                           Attorneys for Defendants

Dated: July 5, 2012.         THE LAW OFFICE OF
                             JACOB M. WEISBERG

                             [Authorized 7/5/12]

                     By:   /s/ Jacob M. Weisberg
                           JACOB M. WEISBERG
                           Attorney for Plaintiff


                          **ORDER**

IT IS SO ORDERED.

Dated:    _____July 5, 2012_____    _____
                          CHIEF UNITED STATES DISTRICT JUDGE