```
BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOULU THAO,<br><br>     Plaintiff,<br><br>  v.<br><br>SHAUN DONOVAN, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; FORMER REGIONAL COUNSEL OF HUD REGION IX FAYE AUSTIN; FORMER FIELD DIRECTOR OF THE FRESNO HUD OFFICE MARIE SUDDUTH; TERESA CARSON, FORMER AGENT OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HUD OFFICE OF INSPECTOR GENERAL; IN THEIR INDIVIDUAL AND/OR OFFICIAL CAPACITIES AND THE UNITED STATES OF AMERICA; AND DOES 1-75, INCLUSIVE,<br><br>     Defendants. | Case No. 1:11-cv-00799-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR PARTIAL DISMISSAL OF FIRST AMENDED COMPLAINT AND TO CONTINUE SCHEDULING CONFERENCE**<br><br>Hon. Anthony W. Ishii |

The parties to this action hereby stipulate and agree, and request that the Court order, that the date for hearing of Defendants' Motion for Partial Dismissal of First Amended Complaint (Doc. 26) be continued from July 16, 2012, to August 6, 2012, at 1:30 p.m. in Courtroom 2.  The parties further request

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION
FOR PARTIAL DISMISSAL OF FIRST AMENDED COMPLAINT AND TO CONTINUE SCHEDULING CONFERENCE

1  that the Scheduling Conference set for July 30, 2012, be
2  continued to September 10, 2012, at 9 a.m. in Courtroom 8 in
3  order to allow time for resolution of the pending motion.
4                                    Respectfully submitted,
5  Dated: July 5, 2012.              BENJAMIN B. WAGNER
                                     United States Attorney
6
7                              By:   /s/ Benjamin E. Hall
                                     BENJAMIN E. HALL
8                                    Assistant U.S. Attorney
                                     Attorneys for Defendants
9
10 Dated: July 5, 2012.              THE LAW OFFICE OF
                                     JACOB M. WEISBERG
11
                                     [Authorized 7/5/12]
12
                               By:   /s/ Jacob M. Weisberg
13                                   JACOB M. WEISBERG
                                     Attorney for Plaintiff
14
15                        **ORDER**
16 IT IS SO ORDERED.
17
   Dated:     July 5, 2012          _____
18                                  CHIEF UNITED STATES DISTRICT JUDGE