IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOULU THAO, ) | NO. 1:11-CV-00799 AWI BAM |
| Plaintiff, ) | ORDER VACATING AUGUST 6, 2012 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |
| v. ) | |
| SHAUN DONOVAN, ) | |
| Defendant. ) | |

    Defendant's motion for partial dismissal has been set for hearing in this case on August 6, 2012. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 6, 2012 is VACATED, and the parties shall not appear at that time. As of August 6, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 2, 2012                                                                 
                                                              CHIEF UNITED STATES DISTRICT JUDGE