IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOULU THAO,<br><br>                Plaintiff,<br><br>     v.<br><br>SHAUN DONOVAN,<br><br>                Defendant. | NO. 1:11-CV-00799 AWI BAM<br><br>ORDER VACATING<br>AUGUST 6, 2012 HEARING<br>DATE AND TAKING MATTER<br>UNDER SUBMISSION |

    Defendant's motion for partial dismissal has been set for hearing in this case on August 6, 2012. The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. <u>See</u> Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of August 6, 2012 is VACATED, and the parties shall not appear at that time. As of August 6, 2012, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   August 2, 2012                                      _____
                                                                     CHIEF UNITED STATES DISTRICT JUDGE