```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  BENJAMIN E. HALL (SBN 219924)
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Defendants
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOULU THAO, | Case No. 1:11-cv-00799-AWI-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| SHAUN DONOVAN, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; FORMER REGIONAL COUNSEL OF HUD REGION IX FAYE AUSTIN; FORMER FIELD DIRECTOR OF THE FRESNO HUD OFFICE MARIE SUDDUTH; TERESA CARSON, FORMER AGENT OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HUD OFFICE OF INSPECTOR GENERAL; IN THEIR INDIVIDUAL AND/OR OFFICIAL CAPACITIES AND THE UNITED STATES OF AMERICA; AND DOES 1-75, INCLUSIVE, | |
| Defendants. | |

The parties to this action hereby stipulate and agree, and request that the Court order, that the Scheduling Conference set for September 10, 2012, at 9 a.m. in Courtroom 8, be continued to December 3, 2012, at 9 a.m. in Courtroom 8 in order to allow time for the Court to resolve defendants' pending Motion for Partial

Dismissal of First Amended Complaint.  The motion seeks dismissal of all claims in this action except plaintiff's Title VII claim against the Secretary of HUD in his official capacity.  The Court took the motion under submission without hearing by Order dated August 2, 2012 (Doc. 36).

                                              Respectfully submitted,

Dated: August 31, 2012.         BENJAMIN B. WAGNER
                                      United States Attorney

                                  By:  /s/ Benjamin E. Hall
                                        BENJAMIN E. HALL
                                        Assistant U.S. Attorney
                                        Attorneys for Defendants

                                              Respectfully submitted,

Dated: August 31, 2012.         THE LAW OFFICE OF
                                      JACOB M. WEISBERG

                                        [Authorized 8/30/12]

                                  By:  /s/ Jacob M. Weisberg
                                        JACOB M. WEISBERG
                                        Attorney for Plaintiff

### **ORDER**

For good cause shown, the Court CONTINUES the Initial Scheduling Conference currently set for September 10, 2012 to October 31, 2012 at 8:30 AM, in Courtroom 8 before the Honorable Barbara A. McAuliffe.

IT IS SO ORDERED.

**Dated:  September 6, 2012**                      **/s/ Barbara A. McAuliffe**
                                                     UNITED STATES MAGISTRATE JUDGE