```
1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL (SBN 219924)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendants
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOULU THAO, | Case No. 1:11-cv-00799-AWI-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT** |
| v. | |
| SHAUN DONOVAN, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; FORMER REGIONAL COUNSEL OF HUD REGION IX FAYE AUSTIN; FORMER FIELD DIRECTOR OF THE FRESNO HUD OFFICE MARIE SUDDUTH; TERESA CARSON, FORMER AGENT OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HUD OFFICE OF INSPECTOR GENERAL; IN THEIR INDIVIDUAL AND/OR OFFICIAL CAPACITIES AND THE UNITED STATES OF AMERICA; AND DOES 1-75, INCLUSIVE, | |
| Defendants. | |

The parties to this action hereby stipulate and agree, and request that the Court order, that the last day for defendants to file their Answer to the First Amended Complaint pursuant to Fed. R. Civ. P. 12(a)(4) be extended to October 19, 2012.

///

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 27, 2012. | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorneys for Defendants |
| | Respectfully submitted, |
| Dated: September 27, 2012. | THE LAW OFFICE OF<br>JACOB M. WEISBERG |
| | [Authorized 9/27/12] |
| | By: /s/ Jacob M. Weisberg<br>JACOB M. WEISBERG<br>Attorney for Plaintiff |

**ORDER**

Based on the above stipulation of the parties, the Court hereby ORDERS that the last day for defendants to file their Answer to the First Amended Complaint be extended to October 19, 2012.

IT IS SO ORDERED.

**Dated:   September 28, 2012**           /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE