1   BENJAMIN B. WAGNER
    United States Attorney
2   BENJAMIN E. HALL (SBN 219924)
    Assistant United States Attorney
3   United States Courthouse
    2500 Tulare Street, Suite 4401
4   Fresno, California 93721
    Telephone:  (559) 497-4000
5   Facsimile:  (559) 497-4099

6   Attorneys for Defendants

7

8                        **UNITED STATES DISTRICT COURT**

9                        **EASTERN DISTRICT OF CALIFORNIA**

10

11  TOULU THAO,                    )   Case No. 1:11-cv-00799-AWI-BAM
                                   )
12          Plaintiff,             )   **STIPULATION AND ORDER TO EXTEND**
                                   )   **TIME TO FILE ANSWER TO FIRST**
13      v.                         )   **AMENDED COMPLAINT**
                                   )
14  SHAUN DONOVAN, SECRETARY OF    )
    THE DEPARTMENT OF HOUSING AND  )
15  URBAN DEVELOPMENT; FORMER      )
    REGIONAL COUNSEL OF HUD        )
16  REGION IX FAYE AUSTIN; FORMER  )
    FIELD DIRECTOR OF THE FRESNO   )
17  HUD OFFICE MARIE SUDDUTH;      )
    TERESA CARSON, FORMER AGENT    )
18  OF THE U.S. DEPARTMENT OF      )
    HOUSING AND URBAN DEVELOPMENT, )
19  HUD OFFICE OF INSPECTOR        )
    GENERAL; IN THEIR INDIVIDUAL   )
20  AND/OR OFFICIAL CAPACITIES     )
    AND THE UNITED STATES OF       )
21  AMERICA; AND DOES 1-75,        )
    INCLUSIVE,                     )
22                                 )
            Defendants.            )
23  _____    )

24          The parties to this action hereby stipulate and agree, and

25  request that the Court order, that the last day for defendants to

26  file their Answer to the First Amended Complaint pursuant to Fed.

27  R. Civ. P. 12(a)(4) be extended to October 19, 2012.

28  ///

                                      1

Respectfully submitted,

Dated: September 27, 2012.                BENJAMIN B. WAGNER
                                          United States Attorney


                                 By:   /s/ Benjamin E. Hall
                                       BENJAMIN E. HALL
                                       Assistant U.S. Attorney
                                       Attorneys for Defendants
                                       Respectfully submitted,

Dated: September 27, 2012.                THE LAW OFFICE OF
                                          JACOB M. WEISBERG

                                       [Authorized 9/27/12]

                                 By:   /s/ Jacob M. Weisberg
                                       JACOB M. WEISBERG
                                       Attorney for Plaintiff


**ORDER**

    Based on the above stipulation of the parties, the Court hereby ORDERS that the last day for defendants to file their Answer to the First Amended Complaint be extended to October 19, 2012.

    IT IS SO ORDERED.

**Dated:**   **September 28, 2012**          **/s/ Barbara A. McAuliffe**
                                           UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO FIRST AMENDED COMPLAINT