**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOULU THAO,<br><br>              Plaintiff,<br><br>  v.<br><br>SHAUN DONOVAN, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; FORMER REGIONAL COUNSEL OF HUD REGION IX FAYE AUSTIN; FORMER FIELD DIRECTOR OF THE FRESNO HUD OFFICE MARIE SUDDUTH; TERESA CARSON, FORMER AGENT OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HUD OFFICE OF INSPECTOR GENERAL; IN THEIR INDIVIDUAL AND/OR OFFICIAL CAPACITIES AND THE UNITED STATES OF AMERICA; AND DOES 1-75, INCLUSIVE,<br><br>              Defendants. | CASE NO.: 1:11-CV-00799-AWI-SKO<br><br>**STIPULATION TO AMEND SCHEDULING ORDER AND ORDER THEREON** |

The parties, through their respective counsel and for the reasons set forth in Mr. Weisberg's letter to the Court dated April 4, 2014, stipulate and request that the case schedule be amended as follows:

Discovery Deadlines:
    Expert Disclosure:    December 2, 2014

    Supplemental
    Expert Disclosure:    January 6, 2015

    Non-Expert
    Discovery:    February 23, 2015

    Expert Discovery:    March 25, 2015

Motion Deadlines:
    Non-Dispositive
        Filing:    February 9, 2015

    Dispositive
        Filing:    March 16, 2015

Pre-Trial Conference:
    July 21, 2015, at 8:30 a.m.
    Courtroom 2, 8th Floor

Trial:  September 15, 2015, at 8:30 a.m.
    Courtroom 2, 8th Floor
    Jury Trial – 8 days

Settlement Conference:
    June 15, 2015, at 9:30 a.m.
    Courtroom 8, 6th Floor

Dated:  April 7, 2014    LAW OFFICE OF JACOB M. WEISBERG

    /s/ Jacob M. Weisberg
    Jacob M. Weisberg, Attorney for Plaintiff,
    TOULU THAO

Dated:  April 7, 2014

    /s/ Benjamin E. Hall
    Benjamin E. Hall, Assistant U.S. Attorney

-2-

Thao v. HUD et al    Stipulation To Amend Scheduling Order; ORDER THEREON

# ORDER

Pursuant to the parties' stipulated request, the scheduling order shall be modified. To preserve the parties' ability to file non-dispositive motions during the pendency of discovery, the deadlines proposed for filing non-dispositive and dispositive motions have been extended beyond what was requested.

The schedule is amended as follows:

| | **Deadline** | **Date** |
|---|---|---|
| 1. | Expert Disclosure | December 2, 2014 |
| 2. | Rebuttal Expert Disclosure | January 6, 2015 |
| 3. | Non-Expert Discovery | February 23, 2015 |
| 4. | Expert Discovery | March 25, 2015 |
| 5. | Non-Dispositive Motion Filing | March 25, 2015 |
| 6. | Non-Dispositive Motion Hearing | April 22, 2015 |
| 7. | Dispositive Motion Filing | April 27, 2015 |
| 8. | Dispositive Motion Hearing | June 8, 2015 |
| 9. | Settlement Conference | June 15, 2015, at 10:30 a.m. in Courtroom 9 |
| 10. | Pretrial Conference | July 22, 2015, at 10:00 a.m. in Courtroom 2 |
| 11. | Trial | September 15, 2015, at 8:30 a.m. in Courtroom 2 |

IT IS SO ORDERED.

Dated:   **April 9, 2014**                              **/s/ Sheila K. Oberto**
                                                                          UNITED STATES MAGISTRATE JUDGE