# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOULU THAO,<br><br>    Plaintiff,<br><br>vs.<br><br>SHAUN DONOVAN, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; et al.,<br><br>    Defendants. | 1:11-cv-O799  AWI SKO<br><br>ORDER VACATING HEARING DATE OF JUNE 2, 2014, AND TAKING MATTER UNDER SUBMISSION |

In this action for damages, Plaintiff Toulu Thao ("Plaintiff") has noticed a motion to unseal grand jury transcripts. The motion was scheduled to be held on June 2, 2014. The court has reviewed Plaintiff's motion, Defendants' opposition, Plaintiff's reply and the applicable law and has determined that the matter is suitable for decision without oral argument. Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 2, 2014, is VACATED, and no party shall appear at that time. As of June 2, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   May 29, 2014

SENIOR  DISTRICT  JUDGE