# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOULU THAO,<br><br>**Plaintiff,**<br><br>vs.<br><br>SHAUN DONOVAN, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; et al.,<br><br>**Defendants.** | 1:11-cv-O799  AWI SKO<br><br><br>**ORDER VACATING HEARING DATE OF AUGUST 18, 2014** |

On July 24, 2014, the court issued an order (the "July 24 Order") granting the motion of plaintiff Toulu Thao ("Plaintiff") to unseal specified records of grand jury proceedings pertaining to Plaintiff's criminal case.  In the July 24 Order, the court set a hearing date of August 18, 2014, for consideration of issues pertaining to the release of grand jury orders, including limitations on distribution and any other issue raised by the parties.  The court ordered that, in lieu of appearing at the hearing, the parties could stipulate to any orders pertaining to the production of the requested grand jury transcript.  The parties have stipulated to an order addressing each parties' concerns regarding disclosure of the transcripts.

In view of the parties' stipulation, it is hereby ORDERED that the hearing date of August 18, 2014, is hereby VACATED and no party shall appear at that time.

IT IS SO ORDERED.

Dated:   August 12, 2014         _____
                                   SENIOR  DISTRICT  JUDGE