1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA  93721
4  Telephone:  (559) 497-4000
   Facsimile:   (559) 497-4099
5
6  Attorneys for Defendants
7
8              IN THE UNITED STATES DISTRICT COURT
9                  EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  TOULU THAO, | **Case No. 1:11-cv-00799-AWI-BAM** |
| 12               Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR FILING DISMISSAL OF ACTION** |
| 13       v. | |
| 14  SHAUN DONOVAN, SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; FORMER REGIONAL COUNSEL OF HUD REGION IX FAYE AUSTIN; FORMER FIELD DIRECTOR OF THE FRESNO HUD OFFICE MARIE SUDDUTH; TERESA CARSON, FORMER AGENT OF THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, HUD OFFICE OF INSPECTOR GENERAL; IN THEIR INDIVIDUAL AND/OR OFFICIAL CAPACITIES AND THE UNITED STATES OF AMERICA; AND DOES 1-75, INCLUSIVE, | |
| 21               Defendants. | |

24     The parties to this settled action hereby stipulate and request that the Court extend the date

25  for filing a stipulation of dismissal of this action from July 24, 2015 (*see* Minute Order, ECF No. 62)

26  to August 14, 2015, in order to allow additional time for processing of the settlement by the

27  Judgment Fund.

28  / / /

STIPULATION AND PROPOSED ORDER TO EXTEND        1
TIME FOR FILING DISMISSAL OF ACTION

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: July 22 , 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
|   | /s/ Benjamin E. Hall<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney<br>Attorney for Defendants |
| Dated: July 22, 2015 | LAW OFFICES OF JACOB M. WEISBERG<br>[Authorized July 22, 2015]<br>/s/ Jacob M. Weisberg<br>JACOB M. WEISBERG<br>Attorney for Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated:   July 23, 2015                    _____
                                          SENIOR  DISTRICT  JUDGE

STIPULATION AND PROPOSED ORDER TO EXTEND     2
TIME FOR FILING DISMISSAL OF ACTION