UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOULU THAO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAUN DONOVAN, ET AL.,<br><br>　　　　Defendant. | No.  1:11-cv-00799-AWI-SKO<br><br>**ORDER OF DISMISSAL** |

Pursuant to the joint stipulation for dismissal with prejudice filed August 11, 2015 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

IT IS HEREBY ORDERED that this matter be dismissed with prejudice, each party to bear its own costs, attorney fees and expenses. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   August 13, 2015　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

1